UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE K. COLBERT, | ) | 1:10-cv—01532-LJO-SMS-HC |
| | ) | |
| Petitioner, | ) | ORDER RE: FINDINGS AND |
| | ) | RECOMMENDATIONS RE: RESPONDENT'S |
| | ) | MOTION TO DISMISS THE PETITION |
| v. | ) | (DOCS. 15, 14, 1, 8) |
| | ) | |
| L. L. SCHULTEIS, | ) | **ORDER GRANTING RESPONDENT'S** |
| | ) | **MOTION TO DISMISS THE PETITION** |
| Respondent. | ) | **(DOC. 14)** |
| | ) | |
| | ) | **ORDER DISMISSING PETITION WITHOUT PREJUDICE FOR FAILURE TO EXHAUST STATE COURT REMEDIES** |
| | | **ORDER DECLINING TO ISSUE A CERTIFICATE OF APPEAL AND DIRECTING THE CLERK TO CLOSE THE CASE** |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

On May 31, 2011, the Magistrate Judge filed findings and recommendations to deny Respondent's motion to dismiss the petition on the ground of untimeliness, grant Respondent's motion

1

1  to dismiss the petition for failure to exhaust state court
2  remedies, dismiss the petition without prejudice for failure to
3  exhaust state court remedies, decline to issue a certificate of
4  appealability, and direct the clerk to close the case.
5       The findings and recommendations were served on all parties
6  on the same date, and they advised all parties that objections to
7  the findings and recommendations could be filed within thirty
8  (30) days, and replies within fourteen (14) days after the filing
9  of any objections.
10      On June 29, 2011, Respondent filed timely objections.
11 Although the time for filing a reply has passed, no reply has
12 been filed.
13      In accordance with the provisions of 28 U.S.C. § 636
14 (b)(1)(C), this Court has conducted a *de novo* review of the case.
15 The undersigned has carefully reviewed the entire file and has
16 considered the objections; the undersigned has determined there
17 is no need to modify the findings and recommendations based on
18 the points raised in the objections.  The Court finds that the
19 findings and recommendations are supported by the record and
20 proper analysis.
21      Accordingly, it is ORDERED that:
22      1) The Findings and Recommendations filed on May 31, 2011,
23 are ADOPTED IN FULL; and
24      2)  Respondent's motion to dismiss the petition for
25 Petitioner's failure to exhaust state court remedies is GRANTED;
26 and
27      3)  The petition is DISMISSED without prejudice for failure
28 to exhaust state court remedies; and

4)   The Court DECLINES to issue a certificate of appealability; and

5) The Clerk is DIRECTED to close the case.

IT IS SO ORDERED.

**Dated:   July 18, 2011**                               /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE